# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **TRAVIS JAMES WEBB,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:14CV00106 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MICHAEL BROYLES,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons stated in the accompanying Opinion, it is **ORDERED** as follows:

1. The defendant's Motion to Dismiss (ECF No. 19) is GRANTED IN PART AND DENIED IN PART;

2. The defendant's motions for a protective order (ECF Nos. 21 & 25) are GRANTED, and the plaintiff's Motion for Discovery (ECF No. 23) is DENIED without prejudice as premature; and

3. The plaintiff's motions seeking leave to file an amended complaint (ECF Nos. 27 & 28) are GRANTED, and the plaintiff is DIRECTED to submit an Amended Complaint within 21 days from entry of this order.

ENTER: July 29, 2014

/s/ James P. Jones
United States District Judge